UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA GENDRIKOVS-BAYER,<br><br>    Plaintiff<br><br>v.<br><br>BELLAGIO HOTEL AND CASINO; BELLAGIO, LLC; MGM RESORTS INTERNATIONAL; and CAPITOL DOOR COMPANY OF LAS VEGAS,<br><br>    Defendants | 2:15-CV-01084-JAD-GWF<br><br>**Order Granting Motion to Dismiss and Closing Case**<br><br>[ECF 32] |

Bellagio LLC d/b/a Bellagio Hotel-Casino and MGM Resorts International move for an order dismissing this case for Sanda Gendrikovs-Bayer's failure to (1) post security required under NRS 18.130 and (2) comply with my June 8, 2015, order [ECF 22] requiring non-resident counsel to file verified petitions to practice by July 23, 2015.[1]  The motion was filed and served through the court's ECF system on August 21, 2015, and any response was due September 7, 2015.[2]  That time has expired and plaintiff has not filed a response.  This constitutes consent to the granting of the motion under Local Rule 7-2(d), which states that "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute consent to the granting of the motion."  Accordingly, and with good cause appearing,

It is HEREBY ORDERED, ADJUDGED, AND DECREED that Bellagio and MGM's motion to dismiss **[ECF 32] is GRANTED**.  Gendrikovs-Bayer's claims **[ECF 1] are DISMISSED without prejudice.**  The Clerk of Court is instructed to close this case.

Dated this 11th day of September, 2015.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF 32.

[2] *See* NEV. L.R. 7-2(b); Fed. R. Civ. Proc. 6(d).